Finance & Guaranty Company, a Corporation, Appellant, v. Crystal River Rock Company, a Corporation, Appellee.

An Appeal from a Decree of the Circuit Court within and for the County of Hillsborough.   Second Appeal.

Appeal dismissed on motion of counsel for appellee, at costs of appellant.

*J. W. Frazier* and *William Hunter,* for Appellant;

*J. T. Watson, Jr.,* for Appellee.

---

Ex Parte James W. Moneyham, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Jackson.

Writ of Error dismissed on motion of Attorney General, at costs of Jackson County.

No appearance for Plaintiff in Error;

*T. F. West,* Attorney General, for the State.